UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION ☑

ALEJANDRO MEZA, individually and on
behalf of all others similarly situated

vs.                                          Case No.:  3:26-CV-00704

ASPIRE LAW GROUP, PLLC


## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Rebecca Hall Klar _____, applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent Defendant, ASPIRE LAW GROUP, PLLC ___ in this case, and

would respectfully show the Court as follows:

1.    Applicant is an attorney and a member of the law firm (or practices under the name of)

Shipkevich PLLC _____ with offices at:

Mailing address:  521 Fifth Avenue, Suite 1700 _____

City, State, Zip Code:  New York, NY 10175 _____

Telephone:  212-252-3003 ___      Facsimile:  888-568-5815 ___

2.    Since  2007 _____, Applicant has been and presently is a

member of and in good standing with the Bar of the State of Louisiana _____.

Applicant's bar license number is 31183 _____.

3.    Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
| --- | --- |
| Supreme Court of Louisiana | 2007 |
| Middle District of Louisiana | 2007 |
| US Court of Appeals, 5th Circuit | 2007 |

4.  Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

n/a

5.  I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6.  Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

n/a

7.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

n/a

8.  Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.    Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Joseph L. Hood, Jr.

Mailing address: 201 East Main Street, Suite 1350

City, State, Zip Code: El Paso, Texas 79901

Telephone: 915-545-4900

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Rebecca Hall Klar to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Rebecca Hall Klar
[printed name of Applicant]

[signature of Applicant]

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 14 day of May , 2026.

Rebecca Hall Klar
[printed name of Applicant]

[signature of Applicant]

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
#### EL PASO DIVISION     ▼

ALEJANDRO MEZA, individually and on
behalf of all others similarly situated

vs.                                                        Case No.: 3:26-CV-00704

ASPIRE LAW GROUP, PLLC


### ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by <u>Rebecca Hall Klar                        </u>, counsel for

<u>Defendant, ASPIRE LAW GROUP, PLLC      </u>, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

<u>Rebecca Hall Klar            </u> may appear on behalf of <u>Defendant, ASPIRE LAW GROUP,</u>

in the above case.

IT IS FURTHER ORDERED that <u>Rebecca Hall Klar                  </u>, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.


_____

UNITED STATES DISTRICT JUDGE     ▼