**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| ALEJANDRO MEZA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>ASPIRE LAW GROUP, PLLC<br><br>Defendant. | Case No.: 3-26-CV-00704-DCG<br><br>**NOTICE OF DISMISSAL** |

Plaintiff Alejandro Meza ("Plaintiff") pursuant to Fed. R. Civ. 41(a)(1)(A)(i) files this Notice of Dismissal and would show the Court the following:

1. Fed. R. Civ. P. 41 permits the dismissal of actions if consented to by all the parties who have appeared via stipulation or before an opposing party serves either an answer or a motion for summary judgment.
2. To date, Defendant Aspire Law Group, PLLC has not filed an answer or a motion for summary judgment.
3. This Notice of Dismal dismisses the case in its entirety with prejudice as to Plaintiff's individual claims and without prejudice as to the class allegations.

WHEREFORE, Plaintiff, requests the Court enter an order of dismissal consistent with this Notice of Dismissal with Prejudice as To Plaintiff's Individual Claims and without Prejudice as to the Class Allegations pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i)

RESPECTFULLY SUBMITTED AND DATED this September 29, 2026.

/s/Omar F. Darwich

The Darwich Law Firm, Co., LPA
Omar F. Darwich
Tx Bar No. 24124686
6951 Virginia Parkway, Suite 104
McKinney, TX 75071
(469) 960-6069
omar@darwichlegal.com